No. 13,529.

McLAIN CHEVROLET COMPANY ET AL. *v.* BOTLEMAN.

(33 P. [2d] 1116)

Decided June 18, 1934.

Mr. FRED W. VARNEY, Mr. PAUL P. PROSSER, Attorney General, Mr. M. S. GINSBERG, Assistant, for plaintiffs in error.

Mr. JAMES H. TELLER, for defendant in error.

No. 12,803.

.. FROID *v.* KNOWLES.

(36 P. [2d] 156)

Decided April 30, 1934. Rehearing denied July 2, 1934.